ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369-6800
Fax: 702.369.6888

*Attorneys for Defendant*
*INVENTIV COMMERCIAL SERVICES, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARY FULLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EGALET US INC.; and INVENTIV COMMERCIAL SERVICES, LLC; DOES 1 through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02259-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT INVENTIV COMMERCIAL SERVICES, LLC, TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Mary Fuller ("Plaintiff") and Defendant InVentiv Commercial Services, LLC ("InVentiv"), by and through their respective counsel, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's Complaint ("Complaint") (Exhibit A to ECF No. 1) from <u>December 3, 2018</u> to <u>December 19, 2018</u>. In light of the fact that counsel for InVentiv has recently been retained, InVentiv's attorney requires additional time to evaluate and prepare a response to Plaintiff's Complaint. This is the Parties' first request to extend the time for Defendant to respond to Plaintiff's Complaint.

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 29th day of November, 2018.

| GABROY LAW OFFICES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Christian Gabroy<br>Christian Gabroy<br>Kaine Messer<br>Steven Burke<br>170 S. Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>*Attorneys for Plaintiff Mary Fuller* | /s/ Erica J. Chee<br>Anthony L. Martin<br>Erica J. Chee<br>3800 Howard Hughes Parkway<br>Suite 1500<br>Las Vegas, NV 89169<br>*Attorneys for Defendant InVentiv Commercial Services, LLC* |

**ORDER**

IT IS SO ORDERED.

*/s/ George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: 11/30/2018

- 2 -