ANTHONY L. MARTIN
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
ERICA J. CHEE
Nevada Bar No. 12238
erica.chee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369-6800
Fax: 702.369.6888

*Attorneys for Defendant*
*INVENTIV COMMERCIAL SERVICES, LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MARY FULLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>EGALET US INC.; and INVENTIV COMMERCIAL SERVICES, LLC; DOES 1 through X; and ROE Corporations XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-02259-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT INVENTIV COMMERCIAL SERVICES, LLC, TO RESPOND TO COMPLAINT**<br><br>**(Second Request)** |

Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Mary Fuller ("Plaintiff") and Defendant InVentiv Commercial Services, LLC ("InVentiv"), by and through their respective counsel, hereby stipulate and agree to extend the time for InVentiv to file a response to Plaintiff's Complaint ("Complaint") (Exhibit A to ECF No. 1) from December 19, 2018 to January 9, 2019. Additional time is requested as the parties continue to evaluate the matter in light of Defendant Egalet US Inc.'s Notice of Bankruptcy and time is also needed to respond due to holiday

- 1 -

scheduling and travel. This is the parties' second request to extend the time for InVentiv to respond to Plaintiff's Complaint.

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 19th day of December, 2018.

| GABROY LAW OFFICES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Kaine Messer | /s/ Erica Chee |
| Christian Gabroy | Anthony L. Martin |
| Kaine Messer | Erica J. Chee |
| 170 S. Green Valley Parkway | 3800 Howard Hughes Parkway |
| Suite 280 | Suite 1500 |
| Henderson, NV 89012 | Las Vegas, NV 89169 |
| *Attorneys for Plaintiff Mary Fuller* | *Attorneys for Defendant InVentiv Commercial Services, LLC* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 12/20/2018