# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| MARY FULLER, | Case No. 2:18-cv-02259-RFB-GWF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| EGALET US INC., et al., | |
| Defendants. | |

Presently before the court is defendant Egalet US Inc.'s ("Egalet") correspondence to the undersigned Judge (ECF No. 24), filed on March 28, 2019. Also, before the court is plaintiff Mary Fuller's motion to strike defendant's correspondence (ECF No. 25), filed on March 29, 2019. Defendant Egalet requests an exception to the in-person appearance requirement for the Settlement Conference set for April 12, 2019. Plaintiff moves to strike defendant's request, arguing that the request fails to comply with the Local Rules.

In the court's experience with the mediation and settlement conference process, the appearance of the parties is an invaluable benefit to the negotiation process. While the court is cognizant of the burden imposed by an in-person appearance requirement, the court finds that an in-person appearance will facilitate a meaningful Settlement Conference. Therefore, the court will deny defendant's request.

//
//
//
//
//
//

IT IS THEREFORE ORDERED that defendant Egalet's request for an exception to the in-person appearance requirement is DENIED.

IT IS FURTHER ORDERED that plaintiff's motion to strike defendant's correspondence (ECF No. 25) is DENIED as moot.

DATED: April 4, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE